# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Darryl Keith Browder
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Des Moines Water Works 2201 George
Flagg Parkway Des Moines, Iowa 50321-1190
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes  [ ] No

RECEIVED 20 SEP 25 AM 8: __ CLERK US DISTRICT COURT SOUTHERN DISTRICT OF IOWA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Darryl Keith Browder
Address: 1925 16th Street
City: Des Moines   State: Iowa   Zip Code: 50314
County: Polk
Telephone Number: 515-318-3079
E-Mail Address: Darryl Browder85@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Des Moines Water Works
Job or Title (if known): employer
Address: 2201 George Flagg parkway
City: Des Moines   State: Iowa   Zip Code: 50321-1190
County: Polk
Telephone Number: 515-283-8755
E-Mail Address (if known): none

[X] Individual capacity   [X] Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Address:
City:   State:   Zip Code:
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

Defendant No. 3
- Name
- Job or Title *(if known)*
- Address

    City    State    Zip Code

- County
- Telephone Number
- E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
- Name
- Job or Title *(if known)*
- Address

    City    State    Zip Code

- County
- Telephone Number
- E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My 4th and 14th Amendment to the United State constitution been Violated, and my Infringement Laws have been Violated as well, and Due process of Law, trespassing, and negligence, and fraud, and Violation of the Cares Act, and the Covid-19 and Violation of Article 1 and Article 2 paragraph 1- and 3. and Violation of the 2018 Flood Proclamation.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. I must state that the Defendants trespassed on my property, and the plaintiff is Liable for the Stop Box or water Line infront of my house. the Defendants went to the wrong address. By Doing so this violated my 4th and 14th Amendments to the United States constitution.

III. **Statement of Claim** and now the trying to Cut my water off on 09/25/2020.

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? 1925 10th Street Des Moines, Iowa 50314. the water works Broke my water Line. By trespassing. Did not Have consent to technician mess with my waterline, from Danyl Browder.
June-01-2018 or 2019

B. What date and approximate time did the events giving rise to your claim(s) occur?
June 6 2018, or 2019

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Witness Dallion Lee Barber and other neighbors. the Des Moines water works technician went to the wrong address and Broke my water Line. Plaintiff, as Darryl Keith Browder Did not give the Des moines water technician consent to mess with water Line. By Braking plaintiff water Line was A Violation of plaintiff, 4th and 14th Amendment to the United States constitution. and Violated plaintiff, Infringement Rights and Laws. and the Defendants are in Violation of the 2018 Flood proclamation in Des moines, Iowa. Racial Profiling and Discrimination,.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Intentional Infliction of emotional Disstress. and mental anguish, and punitive Damages

## V. Relief

$2,000,000 million Dollars. each Day the water is off $10,000,000 more A Day.

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. the Basis for my claim is Due Process of Law. Violation of my Infringement Laws. and A Violation of my 4th and 14th Amendment to the United States constitution. and A Violation of the cares Act. and A Violation of Article 1, and Article 2 paragraph 1 and 3. I am asking for $2,000,000.00 two million Dollars. and if the Defendants cut my water off. every Day my water is off plaintiff ask this court for $10,000.00 more A Day for cutting my water off, from the Defendants, and this is Fraud and trespassing, And the Defendants are in Violation of the 2018 Flood proclamation in Iowa. Racial Profiling and Discrimination.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Darryl Keith Browder

Signature of Plaintiff: Darryl Keith Browder

Printed Name of Plaintiff: Darryl Keith Browder

### B. For Attorneys

Date of signing: 09/25/2020

Signature of Attorney: Darryl Keith Browder

Printed Name of Attorney: Darryl Keith Browder

Bar Number: None pro-se Attorney

Name of Law Firm: None

Address: P.O. Box 41413
Des Moines, IOWA 50311

Telephone Number: 515/318/3079

E-mail Address: DarrylBrowder85@gmail.com